UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
421 NW 12 ST LLC,

                      Plaintiff,

-against-

MT. HAWLEY INSURANCE COMPANY,
                      Defendant.
------------------------------------------------------------X

22 Civ. 6078 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated August 23, 2022, required the parties to file a proposed case management plan and joint letter by September 28, 2022, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for October 5, 2022, at 4:00 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **September 30, 2022, at 3:00 P.M.**

Dated: September 29, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE