```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
421 NW 12 ST LLC,                                           :
                                    Plaintiff,              :
                                                            :     22 Civ. 6078 (LGS)
              -against-                                     :
                                                            :          ORDER
MT. HAWLEY INSURANCE COMPANY,                               :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the Order dated October 18, 2022, Defendant's counsel was directed to email the Order to Plaintiff and file an affidavit of service;

WHEREAS, no affidavit of service was filed. It is hereby

**ORDERED** that, if Defendant's counsel emailed the Order to Plaintiff, he shall file an affidavit of service as soon as possible, and no later than **October 26, 2022**. If not, Defendant's counsel shall email the Order dated October 18, 2022, along with this Order, to Plaintiff and file an affidavit of service by **October 26, 2022**.

Dated: October 25, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**