UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
421 NW 12 ST LLC, :
                      Plaintiff, :
: 22 Civ. 6078 (LGS)
      -against- :
: ORDER
MT. HAWLEY INSURANCE COMPANY, :
                      Defendant. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, pursuant to the Order dated October 6, 2022, Plaintiff was directed to show cause in a written submission why the Complaint should not be dismissed for failure to prosecute by October 14, 2022;

    WHEREAS, no such submission was made by October 14, 2022;

    WHEREAS, by Order dated October 18, 2022, Plaintiff was directed to show cause in a written submission why the Complaint should not be dismissed for failure to prosecute by October 21, 2022.  The Order advised Plaintiff that failure to comply with the Order would result in dismissal of the case.

    WHEREAS, no such submission has been made to date.  It is hereby

    **ORDERED** that this action is dismissed for failure to prosecute.

    The Clerk of Court is respectfully directed to close the case.

Dated: October 28, 2022
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE